DOROTHY MASON, Respondent, v. LOWELL MASON, Appellant.— Order reversed and motion denied, without costs, on the ground that neither the complaint nor the affidavits in support thereof make out sufficiently plaintiff's cause so as to justify an award of alimony and counsel fee in advance of trial. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

MONROE WET WASH LAUNDRY CO., INC., Appellant, v. 160 MONROE STREET CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

FIRST CALDWELL OIL CORPORATION, Respondent, v. CARL B. HEINE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

WILLIAM V. WAX, an Infant, by JOSEPH WAX, His Guardian ad Litem, Appellant, v. NELSON J. SLAUSON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

WILLIAM R. MELVILLE, Respondent, v. JEAN R. MELVILLE, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

LAZERE & KAPLAN, INC., Respondent, v. "FRANK" VOSK, Business Agent, Delegate and Organizer, etc., of the INSIDE ORNAMENTAL IRON, BRASS AND BRONZE WORKERS UNION, Local No. 275, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

RICHARD CROKER, JR., Respondent, v. THE NEW YORK TRUST COMPANY, as Temporary Administrator, etc., of RICHARD CROKER, Deceased, Appellant.— Order modified by striking out the paragraph numbered "(6)," and as so modified affirmed, without costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

JOSHUA O. JONES, Respondent, v. WOOD & STEVENS, INC., Appellant.— Order modified as stated in order and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order with notice of entry thereof. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

ROSENSCHEIN BROS., INC., Appellant, v. DEMETRE CORPORATION, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

DIRAN P. BENDER, JR., an Infant, by DIRAN P. BENDER, His Guardian ad Litem, Respondent, v. RIVER CREST SANITARIUM, Appellant, Impleaded with Another.— Order modified by directing that the items numbered 3, 4, 5 and 6 be stricken from the notice of examination; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order, fixing date for the examination to proceed, upon notice. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

BELLAS HESS & CO., INC., Respondent, v. ALEXANDER & CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page and Finch, JJ.